UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| LOCUST RIDGE PLANTATION, L.L.C. & E. R. MCDONALD AND SONS, INC. | * | CIVIL ACTION NO. 17-0746 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| ADCO PRODUCING COMPANY, INC., ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and for those additional reasons set forth in the Court's Ruling,

IT IS ORDERED that the Motion to Remand [Doc. No. 17] filed by Plaintiffs Locust Ridge Plantation, L.L.C., and E. R. McDonald and Sons, Inc., is hereby GRANTED, and the above-captioned cause is hereby remanded to the Sixth Judicial District Court for the Parish of Tensas, State of Louisiana, pursuant to 28 U.S.C. § 1447(c).

IT IS FURTHER ORDERED that Plaintiffs' request for costs, expenses, fees, and/or sanctions, contained within its Motion to Remand, is DENIED.

MONROE, LOUISIANA, this 5th day of December, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE